# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Meghan M. Betz,<br><br>      Plaintiff,<br><br>v.<br><br>Law Office of Barbara Tsaturova, PLLC,<br><br>      Defendant. | Case No. 1:16-cv-01414<br><br>HON. ELLEN S. CARMODY |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, Meghan Betz, by and through her undersigned counsel, who hereby informs the Court that a settlement has been reached in this case. Plaintiff anticipates filing a dismissal within the next 30 days. Plaintiff requests that this Court adjourn all dates currently set for this case.

                              Respectfully submitted,

                              GOLDEN LAW OFFICES, P.C.

Dated: February 28, 2017

                               /s/ B. Thomas Golden
                              B. Thomas Golden (P70822)
                              Attorney for the Plaintiff
                              2186 West Main Street
                              P.O. Box 9
                              Lowell, Michigan 49331
                              Telephone: (616) 897-2900
                              Facsimile: (616) 897-2907
                              btg@bthomasgolden.com